UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JEROME SCHMIDT | § |
| | §   CIVIL NO: |
| vs. | §    AU:18-CV-00088-LY |
| | § |
| UNITED STATES OF AMERICA | § |

### ORDER RESETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case has been RESET for an INITIAL PRETRIAL CONFERENCE in Chambers, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **August 22, 2018 at 2:00 PM.**

The parties' proposed scheduling order remains tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

FURTHER, the parties are reminded that at the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this **31st day of July, 2018**.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE