

**United States Department of Justice**
United States Attorney's Office
Western District of Texas

---

*James F. Gilligan*  *601 N. W. Loop 410, Suite 600*  Direct Line: (210) 384-7345
*Assistant United States Attorney*  *San Antonio, Texas 78216*  Facsimile:  (210) 384-7312

April 29, 2019

**Via: ECF**
United States District Clerk's Office
Austin Division
501 W. 5th St., Ste. 1100
Austin, TX 78701

      Re:    Vacation Letter; Civil Action No. A-18-CV-00088-DAE
                *Jerome Schmidt v. United States of America*

Ladies & Gentlemen:

    Please be advised that I am unavailable on the dates below.

- June 13-18, 2019
- August 1-13, 2019
- September 4-10, 2019
- October 2-8, 2019

    Please extend me the professional courtesy of not scheduling any hearings, trials or other matters connected to this case during the days listed above.

    Thank you for your attention to this matter.

                                                Sincerely,

                                               **JOHN F. BASH**
                                               United States Attorney

                          By:    */s/James F. Gilligan*
                                   **JAMES F. GILLIGAN**
                                   Assistant United States Attorney
                                   State Bar No. 07941200
                                   601 NW Loop 410, Suite 600
                                   San Antonio, Texas 78216
                                   Tel. (210) 384-7345
                                   Fax (210) 384-7312

cc:  **Via ECF**
      Jamal K. Alsaffar, Tom Jacob
      Henry L. Moore