IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JEROME SCHMIDT** <br><br> Plaintiff <br><br> vs. <br><br> **UNITED STATES OF AMERICA**, <br><br> Defendant | **NO. 1:18-CV-88-DAE** |

# PLAINTIFF'S WITNESS LIST

Pursuant to the Local Rule CV-16(e)(5), Plaintiff files the following list of witnesses he intends to call for trial. Unless listed below, Plaintiff previously produced the contact information of the following witnesses.

1. Christine Vidouria, D.O., CLCP
2. Erin Bigler, Ph.D.
3. James Irwin
4. James Schmidt
5. Jeffrey Lewine, Ph.D.
6. Jerome Schmidt
7. John Swiger, Ph.D.
8. Marie Wilborn
9. Michael Freeman, M.D., Ph.D., M.P.H, D.C.
10. Robert Dobyns[1]
11. Robert Thoma, Ph.D.
12. Travis Snyder, D.O.
13. Wayne Dees, Psy.D.
14. Wesley Schmidt

---

[1] 4412 Spicewood Springs Rd. Ste. 200, Austin, TX 78759.

Also, Plaintiff's counsel has conferred with counsel for the United States and parties estimate that the total length of trial will be 5 days.

Respectfully Submitted,

/s/ Jamal Alsaffar
JAMAL K. ALSAFFAR
jalsaffar@nationaltriallaw.com
Texas State Bar #24027193
TOM JACOB
tjacob@nationaltriallaw.com
Texas State Bar #24069981
Whitehurst, Harkness, Brees, Cheng,
Alsaffar, Higginbotham, & Jacob PLLC
7500 Rialto Blvd, Bldg Two, Ste 250
Austin, TX 78735
(512) 476-4346 (o)
(512) 467-4400 (f)

HENRY MOORE
henry@moorelegal.net
Texas State Bar #14341500
Law Offices of Henry Moore
1101 E. 11th St.
Austin, Texas 78702-1908
(512) 477-1663 (o)
(512) 476-6212 (f)

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

By my signature above, I certify that a copy of Plaintiff's Witness List has been sent to the following on November 11, 2019 via the Court's CM/ECF notice system.

JAMES F. GILLIGAN
JAMES E. DINGIVAN
KRISTINA S. BAEHR
Assistant United States Attorneys
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5597
Tel. (210) 384-7345
Fax (210) 384-7312
jim.gilligan@usdoj.gov
kristina.baehr@usdoj.gov
james.dingivan@usdoj.gov