IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JEROME SCHMIDT**<br><br>Plaintiff<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant | **NO. 1:18-CV-88-DAE** |

## PLAINTIFF'S DEPOSITION DESIGNATION

Under the Court's Order Setting Non-Jury Bench Trial & Related Deadlines (April 12, 2019) (ECF No. 57), the Plaintiff files the following deposition designations.

First, the United States represented that it intends to call its designated expert witnesses live. Plaintiffs intend to illicit favorable testimony via cross examination. To the extent that the United States does not call those witnesses, Plaintiffs intend to play portions of their video depositions for the Court. These designated expert witnesses include **Christopher M. Loftus** and **Julio Chalela**.

Second, Plaintiff designates the video deposition testimony of Government employee **Edward Saylor**. *See* Appendix A.

Respectfully Submitted,

/s/ Jamal Alsaffar
JAMAL K. ALSAFFAR
jalsaffar@nationaltriallaw.com
Texas State Bar #24027193
TOM JACOB
tjacob@nationaltriallaw.com
Texas State Bar #24069981
Whitehurst, Harkness, Brees, Cheng,
Alsaffar, Higginbotham, & Jacob PLLC
7500 Rialto Blvd, Bldg Two, Ste 250
Austin, TX 78735
(512) 476-4346 (o)
(512) 467-4400 (f)

HENRY MOORE
henry@moorelegal.net
Texas State Bar #14341500
Law Offices of Henry Moore
1101 E. 11th St.
Austin, Texas 78702-1908
(512) 477-1663 (o)
(512) 476-6212 (f)

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

By my signature above, I certify that a copy of Plaintiff's Deposition Designation has been sent to the following on November 11, 2019 via the Court's CM/ECF notice system.

>JAMES F. GILLIGAN
>JAMES E. DINGIVAN
>Assistant United States Attorneys
>Western District of Texas
>601 N.W. Loop 410, Suite 600
>San Antonio, TX 78216-5597
>Tel. (210) 384-7345
>Fax (210) 384-7312
>jim.gilligan@usdoj.gov

## APPENDIX A: EDWARD SAYLOR DESIGNATION

Plaintiff will play all or part of the following video deposition excerpts from the deposition of Edward Saylor:

- 8:18–21
- 9:1–3
- 9:8–11
- 10:19–25
- 11:1–6
- 11:25–12:21
- 14:1–15:1
- 15:15–17
- 17:15–18:13
- 19:2–20:15
- 22:1–25
- 23:1–7
- 25:9–27:10
- 27:14–28:1
- 28:7–13
- 34:9–18
- 35:14–36:2
- 36:19–37:11
- 45:14–46:9
- 47:11–17
- 48:7–19
- 48:25–50:4
- 56:1–7
- 56:21–25