UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jerome Schmidt, | § § | |
| Plaintiff, | § | NO: AU:18-CV-00088-DAE |
| vs. | § § § | |
| United States of America, | § § | |
| Defendant. | § § | |

## ORDER RESETTING BENCH TRIAL

It is hereby ORDERED that the above entitled and numbered case is reset for a BENCH TRIAL before Senior U.S. District Judge David A. Ezra in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, February 10, 2020 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas November 12, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE