UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JEROME SCHMIDT                  ) Docket No. A 18-CA-088 DAE
                                )
vs.                             ) Austin, Texas
                                )
UNITED STATES OF AMERICA ) October 24, 2019

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE DAVID A. EZRA

APPEARANCES:

For the Plaintiff:          Mr. Jamal K. Alsaffar
                            Mr. Tom Jacob
                            Whitehurst, Harkness, Brees,
                            Cheng, Alsaffar & Higginbotham
                            7500 Rialto Boulevard,
                            Building Two, Suite 250
                            Austin, Texas 78735

                            Mr. Henry L. Moore
                            1101 East 11th Street
                            Austin, Texas 78702

For the Defendant:          Ms. Kristina S. Baehr
                            Assistant U.S. Attorney
                            903 San Jacinto Boulevard,
                            Suite 334
                            Austin, Texas 78701

                            Mr. James F. Gilligan
                            Assistant U.S. Attorney
                            601 N.W. Loop 410, Suite 600
                            San Antonio, Texas 78216

Court Reporter:             Ms. Lily Iva Reznik, CRR, RMR
                            501 West 5th Street, Suite 4153
                            Austin, Texas 78701
                            (512)391-8792

Proceedings reported by computerized stenography,
transcript produced by computer.

10:18:33  1   without experts.  Because that's plenty of time.  But

10:18:40  2   let's try the December 16th, if we could do it.

10:18:42  3           MR. GILLIGAN:  Yes, Judge.

10:18:45  4           MR. ALSAFFAR:  We will.

10:18:45  5           THE COURT:  Okay.  Now, since you're all here,

10:18:47  6   you could go back to your -- since we're all here, are

10:18:50  7   there any major legal issues that you could foresee, or

10:18:55  8   expert issues, or major motions in limine with respect to

10:18:59  9   the damages?

10:18:59  10          MR. ALSAFFAR:  Your Honor, no.  And we've had a

10:19:01  11  lot of bench trials, motions in limine that there's really

10:19:05  12  no need.  I don't --

10:19:07  13          THE COURT:  No.  There isn't.  And, you know, I

10:19:09  14  had the last trial, that latex trial I was just talking

10:19:13  15  about, everybody's filing motions in limine.  There was no

10:19:15  16  jury and, you know, so I said, look, let's just bring it

10:19:20  17  up at the time the evidence is offered.

10:19:24  18          MR. ALSAFFAR:  That's the way we usually handle

10:19:25  19  it in bench trials, your Honor.  Just makes sense because

10:19:28  20  that's whole purpose of limine, to keep it out of the jury

10:19:31  21  before it's prejudiced, and you're obviously not going to

10:19:33  22  prejudice yourself.

10:19:34  23          THE COURT:  No.

10:19:35  24          MR. ALSAFFAR:  The only question we have from the

10:19:37  25  plaintiff's side, your Honor, especially because we've

```
10:19:39  1   amped up and are very close to being ready for trial
10:19:42  2   already is, I think it would be beneficial, if we could,
10:19:47  3   to keep the dates that are already in play for the
10:19:50  4   exchange of exhibits, deposition designations, et cetera.
10:19:53  5   That would really help, I think, in preparation.  And
10:19:56  6   since we're already 70, 80 percent of the way there to
10:19:59  7   keep those existing dates.
10:20:01  8           THE COURT:  Yeah.  I wasn't planning on changing
10:20:02  9   the dates.
10:20:04  10          MR. ALSAFFAR:  Okay.  Thank you, your Honor.
10:20:04  11          THE COURT:  Look, December 16th sounds like a
10:20:10  12  long way from now.  You're going to blink your eye and
10:20:13  13  we're all going to be back in here if we go on December
10:20:16  14  the 16th.  It just flies.
10:20:34  15          There's the other thing.  I doubt it's going to
10:20:37  16  settle, the case you just saw.  You're all experienced
10:20:41  17  lawyers.  You know the vibes going on here.  I'm forcing
10:20:46  18  them to try, but I'm not -- I'm not holding my breath.
10:20:54  19  But if they do settle, I could slot you in there.
10:20:58  20          MR. ALSAFFAR:  Okay.  Do you have a sense, your
10:21:02  21  Honor, of -- well, I was here for the back-and-forth.  So
10:21:07  22  I know there's no --
10:21:08  23          THE COURT:  Yeah, you saw -- you heard what went.
10:21:11  24  Look, you know, experienced lawyers -- and you're both
10:21:15  25  experienced and very good lawyers -- you know, just like I
```

```
10:28:21   1   could get back.  I actually took a train from Chicago to
10:28:27   2   St. Louis when I had flew out of St. Louis.  Can you
10:28:32   3   believe that?  It's crazy.  But anything can happen.
10:28:37   4          All right.  Anything else?  Any other legal
10:28:39   5   issues or anything you want to talk to me about other than
10:28:42   6   our trial date?
10:28:44   7          MR. GILLIGAN:  No, Judge.
10:28:46   8          MR. ALSAFFAR:  No legal issues.  Just to clear,
10:28:47   9   so we're going to keep the original exhibit exchange --
10:28:50  10          THE COURT:  Yeah.  Those orders remain in effect
10:28:53  11   because you thought, until you came in here this morning,
10:28:55  12   you were going to go to trial on those days.  So there's
10:28:58  13   no excuse for people not being ready.  And, you know, I
10:29:00  14   have a lot of experience with moving dates and then, all
10:29:09  15   of a sudden, people feel compelled to go try to do
10:29:14  16   something they really didn't need to do, and then, we get
10:29:16  17   into a bunch of arguments about that.  So we'll leave the
10:29:18  18   same dates.  Everybody understood what they were.
10:29:20  19          MR. ALSAFFAR:  Well, your Honor, since we're
10:29:22  20   hear, is it okay if we just kind of go through some of the
10:29:26  21   scheduling in terms of how you operate for the bench
10:29:29  22   trial, what time you like to start for bench trial --
10:29:32  23          THE COURT:  I will probably start at 9:00.  I
10:29:34  24   have no idea what hotel I'm going to be in.  And you heard
10:29:38  25   about the discussion about the traffic.
```