**From:** Gilligan, Jim (USATXW) Jim.Gilligan@usdoj.gov
**Subject:** pdf.pdf Schmidt v. USA
**Date:** October 29, 2019 at 9:40 AM
**To:** Tom Jacob tjacob@nationaltriallaw.com



Tom,

    We can talk this afternoon when you are free. I will be sending no more emails this morning. I have the Pretrial Submissions expressly ordered on November 11, 2019 pursuant to this Court's Order (Doc. No. 57). Thanks.

Jim



pdf.pdf