United States District Court
Western District of Texas
Austin Division

**Jerome Schmidt,**
   Plaintiff,

v.

**United States of America**
   Defendant.

No. 1:18-CV-00088-DAE

**Defendant's Second Amended Exhibit List**

In accordance with the Court's Order at Docket 57, the United States files the following amended list of exhibits that the United States intends to offer for admission:

JOINT EXHIBITS (MEDICAL RECORDS)

The United States incorporates by reference the joint exhibits listed by Schmidt. Dkt. 77 at 2-29 (listing J-EX 1-15). The parties have agreed that these exhibits should be preadmitted.

GENERAL EXHIBITS

| Number | Description | Offered | Admitted |
|---|---|---|---|
| G-1 | Toyota Photos | | |
| G-2 | Texas Peace Officer's Report-October 13, 2015 | | |
| G-3 | Van Photos | | |
| G-4 | Aerial View of Accident Scene | | |
| G-5 | South Lamar Street Picture | | |
| G-6 | Van Repair Estimate | | |
| G-7 | Scott Bayley CV | | |
| G-8 | Margot Burns CV | | |
| G-9 | Kyle Boone CV | | |
| G-10 | Julio Chalela CV | | |
| G-11 | Christopher Loftus CV | | |

| | | | |
|---|---|---|---|
| G-12 | Richard Watson CV | | |

ARTICLES & MEDICAL AUTHORITIES

| Number | Description | Offered | Admitted |
|---|---|---|---|
| G-13 | American Academy of Neurology, *Update Evaluation and management of concussion in sports* (2013) | | |
| G-14 | Anand, A., Li, Y. Wang, Y., Wu, J., Gao,S., Bukhari,L.,…& Lowe,M. J., *Activity and connectivity of brain mood and regulating circuit in depression: a functional magnetic resonance study*, Biological psychiatry (2005) | | |
| G-15 | Arnold, G. Boone, K.B., Lu.P., Dean, A. Wen,J., Nitch, S., & McPherson, S, *Sensitivity and specificity of finger tapping test scores for the detection of suspect effort*, The Clinical Neuropsychologist (2005) | | |
| G-16 | Asken BM *et al*, *Diffusion tensor imaging (DTI) findings in adult civilian military and sports-related mild traumatic brain injury (mTBI): a systematic review*, Brain Imaging and Behavior, 12:585-612 (2018) | | |
| G-17 | Beason-Held, L.L., Moghekar,A. Zonderman, A.B., Draut, M.A. & Resnick, S.M., *Longitudinal changes in cerebral blood flow in the older hypertensive brain*, Stroke (2007) | | |
| G-18 | Beauchet, O., *Testosterone and cognitive function: current clinical evidence of a relationship. European Journal of Endocrinology* (2006) | | |
| G-19 | Belanger, H.G., & Vanderploeg, R.D., *The neuropsychological impact of sports-related concussion; a meta-analysis*, Journal of the International Neuropsychological Society (2005) | | |
| G-20 | Belanger, H.G., Curtiss, G. Demery, J.A., Lebowitz, B.K., & Vanderploeg, R.D., *Factors moderating neuropsychological outcomes following mild traumatic brain injury: A meta-analysis,* Journal of the International Neuropsychological Society (2005) | | |
| G-21 | Benbadis, SR. *The tragedy of over-read EEGs and wrong diagnoses of epilepsy*, Editorial (2010) | | |
| G-22 | Benitez, A. & Gunstad, J., *Poor sleep quality diminishes cognitive functioning independent of depression and anxiety* | | |

2

| | | | |
|---|---|---|---|
| | *in healthy young adults*, The Clinical Neuropsychologist (2012) | | |
| G-23 | Bigler, E.D., *Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities.* Archives of clinical neuropsychology (2001) | | |
| G-24 | Binder, L.M., Rohling,M.L. & Larrabee, G.J. *A review of mild head trauma. Part I: Meta-analytic review of neuropsychological studies*, Journal of clinical and experimental neuropsychology (1997) | | |
| G-25 | Boone, K.B., Lesser, I.M., Miller, B.L., Wohl, M.< Berman, N. Lee,A.,…&  Back, C., *Cognitive functioning in older depressed outpatients: Relationship of presence and severity of depression to neuropsychological test scores.* Neuropsychology (1995) | | |
| G-26 | Boone, K.B., Lu, P. & Wen, J., *Comparison of various RAVLT scores in detection of noncredible memory performance*, Archive of Clinical Neuropsychology (2005) | | |
| G-27 | Boone, K.B., Miller, B.L., Lesser, I.M., Mehringer, C.M., Hill-Gutierrez, E., Goldberg, M.A., & Berman, N.G., *Neuropsychological correlates of white-matter lesions in healthy elderly subjects: a threshold effect*, Archives of Neurology (1992) | | |
| G-28 | Buckley, T.A., Munkasy, B.A., & Clouse, B.P., *Acute cognitive and physical rest may not improve concussion recovery time*, The Journal of head trauma rehabilitation, (2016) | | |
| G-29 | Bucks, R.S., Olaithe, M. & Easterwood, P. *Neurocognitve function in obstructive sleep apoea:A meta-review*. Respirology (2013) | | |
| G-30 | Canessa, N., Castronovo, V., Cappa, S.F., Aloia, M.S., Marelli, S.Falini, A., …& Ferini-Strambi, L., *Obstructive sleep apnea:brain structural changes and neurocognitive function before and after treatment.* American Journal of Respiratory and Critical Care Medicine (2011) | | |
| G-31 | Carolozzi, N.E., Grech, J., & Tulsky, D.S., *Memory functioning in individuals with traumatic brain injury:An examination of the Weschler Memory Scale-Fourth Edition(WMS-IV)*, Journal of clinical and experimental neuropsychology (2013) | | |
| G-32 | Carroll,L., Cassidy, J.D., Peloso,P., Borg, J.,Von Holst, H., Holm,L.,lll & Pepin, M., *Prognosis for mild traumatic brain* | | |

| | | | |
|---|---|---|---|
| | *injury: results of WHO Collaborating Centre Task Force on Mild Traumatic Brain Injury.* Journal of rehabilitation medicine (2004) | | |
| G-33 | Chaleda, Julio A., *Neurologists in Iraq Five Years Later*, Contemporary Issues in Neurological Practice (2012) | | |
| G-34 | Crane, P.K., Gibbons, L.E., Dams-O'Connor, K., Trittschuh, E., Leverenz, J.B., Keene, C.D.,…& Schneider, J.A. *Association of traumatic brain injury with late-life neurodegenerative conditions and neuropathologic findings.* JAMA neurology (2016) | | |
| G-35 | *Detection, Diagnosis and Management of Dementia*, American Academy of Neurology Guideline Summary for Clinicians | | |
| G-36 | Diaz-Asper, C.M., Schretlen, D.J., & Pearlson, G.D., *How well does IQ predict neuropsychological test performance in normal adults?* Journal of the International Neuropsychological Society (2004) | | |
| G-37 | DiFazio, M., Silverberg, N.D., Kirkwood, M.W., Bernier, R., & Iverson, G.L., *Prolonged activity restriction after concussion: are we worsening outcomes?*, Clinical pediatrics (2016) | | |
| G-38 | Dikmen *et al*, *Neuropsychological Outcome at 1-Year Post Head Injury*, Neuropsychology (1995) | | |
| G-39 | Dikmen, S.S., Corrigan, J.D., Levin, H.S., Machamer, J., Stiers, W. & Weisskopf, M.G., *Cognitive outcome following traumatic brain injury*, The Journal of head trauma rehabilitation (2009) | | |
| G-40 | Eastley, R., Wicock, G.K., & Bucks, R.S., *Vitamin B12 deficiency in dementia and cognitive impairment: the effects of treatment on neuropsychological function,* International journal of geriatric psychiatry (2000) | | |
| G-41 | *Ethical Principles of Psychologists And Code Of Conduct* Adopted Aug 21, 2002, Effective Jun 1, 2003 With 2010 Amendments Adopted Feb 20, 2010 Effective Jun 1, 2010., | | |
| G-42 | Ettenhofer, M.L., & Abeles, N. *The significance of mild traumatic brain injury to cognition and self-reported symptoms of long-term recovery from injury,* Journal of clinical and experimental neuropsychology (2009) | | |
| G-43 | Evans, RW, *Postconcussion Syndrome*, UpToDate, | | |

| G-44 | Frencham, K.A., Fox, A.M. & Maybery, M.T. *Neuropsychological studies of mild traumatic brain injury: A meta-analytic review of research since 1995*. Journal of Clinical and Experimental Neuropsychology (2005) | | |
|---|---|---|---|
| G-45 | Godbolt, A.K., Cancelliere, C., Hincapie, C.A., Marras, C., Boyle, E., Kristman,V.L., … &Cassidy, J.D., *Systematic review of the risk of dementia and chronic cognitive impairment after mild traumatic brain injury: results of the International Collaboration on Mild Traumatic Brain Injury Prognosis:* Archives of physical medicine and rehabilitation (2014) | | |
| G-46 | Greiffenstein, M.F., *Clinical myths of forensic neuropsychology*, The Clinical Neuropsychologist | | |
| G-47 | Gruber, S.A., Silveri, M.M. & Yurgelun-Todd,D.A. (2007) *Neuropsychological consequences of opiate use.* Neuropsychology review (2009) | | |
| G-48 | Guidelines for Concussion and TBI and Persistent Symptoms: 3rd Ed., Canadian Guidelines. | | |
| G-49 | Harvey, PD *et al*, *Clinical applications of neuropsychological assessment*, Dialogues in Clinical Neuroscience (2012) | | |
| G-50 | Hawkins, K.A., Tulsky, D.S., *The influence of IQ stratification on WAIS-III/WMS-III FSIQ-general memory index discrepancy base-rates in the standardization sample.* Journal of the International Neuropsychological Society (2001) | | |
| G-51 | Heilbronner *et al*, *American Academy of Clinical Neuropsychology Consensus Conference Statement on the Neuropsychological Assessment of Effort, Response Bias, and Malingering*, The Clinical Neuropsychologist (2012) | | |
| G-52 | Katzman, G.L., Dagher,A.P., & Patronas, NM.J., *Incidental findings on brain magnetic resonance imaging from 1000 asymptomatic volunteers*. JAMA (1999) | | |
| G-53 | Kim, B.S., Illes, J. Kaplan, R.t., Reiss, A., & Atlas, S.W., *Incident findings on pediatric MR images of the brain.* American Journal of Neuroradiology (2002) | | |
| G-54 | Lange RT *et al*, *Postconcussion symptom reporting is not associated with diffusion tensor imaging findings in the subacute to chronic phase of recovery in military service members following mild traumatic brain injury,* Journal of Clinical and Experimental Neuropsychology (2019) | | |

| | | | |
|---|---|---|---|
| G-55 | Larrabee *et al*, *Meta-Analytic Methods and the Importance of Non-TBI Factors Related to Outcome in Mild Traumatic Brain Injury: Response to Bigler et al*, The Clinical Neuropsychologist (2013) | | |
| G-56 | Larson, EB. *Evaluation of cognitive impairment and dementia*, UpToDate | | |
| G-57 | Lorenzetti,V., Allen, N.B., Fornito,A., & Yucel, M.m *Structural brain abnormalities in major depressive disorder: a selective review of recent MRI studies.* Journal of affective disorders (2009) | | |
| G-58 | Martin, P.K., Schroeder, R.W., & Odland, A.P., *Neuropsychologists' validity testing beliefs and practices: A survey of North American professionals*, The Clinical Neuropsychologist (2015) | | |
| G-59 | McCrea, M., *Mild traumatic brain injury and postconcussion syndrome: The new evidence base for diagnosis and treatment*, Oxford Workshop Series: American Academy of Clinical Neuropsychology (2008) | | |
| G-60 | McCrea, M., Guskiewicz, K., Randopl, C., Barr, W.B., Hammeke, T.A., Marshall, S.W., & Kelly, J.P. *Effects of symptom-free waiting period of clinical outcome and risk of reinjury after sport-related concussion.* Neurosurgery (2009) | | |
| G-61 | Miller, JW. *Solving the Dilemma of EEG misinterpretation*, Editorial, Neurology (2013) | | |
| G-62 | Moor, H.M., Eisenhauer, R.C., Killian, K.D., Proudfoot, N., Henriques, A.A., Congeni, J.A., & Reneker, J.C, *The relationship between adherence behaviors of recovery time in adolescents after a sports-related* concussion, Neurosurgery (2015) | | |
| G-63 | Morris, Z, Whiteley, W.N., Longstreth, W.T., Weber, F., Lee, Y.C., Tsushima, Y….& Salman.R.A.S, *Incidental findings on brain magnetic resonance imaging: systematic review and meta-analysis.* BMJ (2009) | | |
| G-64 | Naess-Schmidt, ET *et al*, *Diffusion MRI findings in patients with extensive and minimal post-concussion symptoms after mTBI and healthy controls: a cross-sectional study*, Brain Injury (2018) | | |
| G-65 | Palmer, B.W., Boone, K.B., Lesser, I.M., & Wohl, M.A. *Base rates of "impaired" neuropsychological test* | | |

| | | | |
|---|---|---|---|
| | *performance among healthy older adults.* Archives of Clinical Neuropsychology (1998) | | |
| G-66 | Panayiotou, A., Jackson, M., & Crowe, S.F., *A meta-analytic review of the emotional symptoms associated with mild traumatic brain injury.* Journal of Clinical and Experimental Neuropsychology (2010) | | |
| G-67 | Pertab, JL *et al*, *Limitations on mild traumatic brain injury meta-analyses*, Brain Injury (2009). | | |
| G-68 | Plassman, B.L., Havlik, R.J., Steffens, D.C., Helms, M.J., Newman, T.N., Drosdick, D., …& Guralnik,J.M., *Documented head injury in early adulthood and risk of Alzheimer's disease and other dementias.* Neurology (2000) | | |
| G-69 | Ramalho J. *et al*, *Dementia resulting from traumatic brain injury*, Dement Neuropsychol (2015) | | |
| G-70 | Reddy C. *Postconcussion Syndrome: A Physiatrist's Approach*, PM&R (2011) | | |
| G-71 | Rohling, RL *et seq.*, *A Meta-analysis of Neuropsychological Outcome After Mild Traumatic Brain Injury: Re-analyzes and Reconsiderations of Binder et al*, The Clinical Neuropsychologist, The Clinical Neuropsychologist (2011) | | |
| G-72 | RSNA Statement on Traumatic Brain Injury (TBI) Imaging (Updated 9/13/2018) | | |
| G-73 | Russell, E., *Toward an explanation of Dodrills observation: High neuropsychological test performance does not accompany high IQs,* The Clinical Neuropsychologist (2001) | | |
| G-74 | Salerno, J.A., Murph, D.G., Horwitz, B., DeCarli,C. Haxby, J.V., Rapoport, S.I., & Schapiro, M.B., *Brain atrophy in hypertension. A volumetric magnetic resonance imaging study*, Hypertension (1992) | | |
| G-75 | Scahill, RI *et al*, *A Longitudinal Study of Brain Volume Changes in Normal Aging Using Serial Registered Magnetic Resonance Imaging*, Arch Neurol (2003) | | |
| G-76 | Schoechlin, C., & Engel, R.R., *Neuropsychological performance in adult attention-deficit hyperactivity disorder: Meta-analysis of empirical data*, Archivers of Clinical Neuropsychology (2005) | | |
| G-77 | Schretlen, D.J., & Shapiro, A.M., *A quantitative review of the effects of traumatic brain injury on cognitive functioning*, International review of psychiatry (2003) | | |

7

| | | | |
|---|---|---|---|
| G-78 | Shenton, ME, *Mild Traumatic Brain Injury: Is DTI ready for the courtroom*, Int. J of Law and Psychiatry (2018) | | |
| G-79 | Shively, SS *et al*, *Dementia Resulting From Traumatic Brain Injury,* Arch Neurol (2012). | | |
| G-80 | Singer, R.B.., *Incidences of seizures after traumatic brain injury-a 50-year population survey,* Journal of insurance Medicine of New York (2001) | | |
| G-81 | Smith SJM, *EEG In Neurological Conditions Other Than Epilepsy: When Does It Help, What Does It Add*?, J Neurol. Neurosurg Psychiatry (2005) | | |
| G-82 | Stein, RA *et al*, *A Review of the Neuropsychological Effects of Commonly Used Prescription Medications*, Archives of Clinical Neuropsychology (1998). | | |
| G-83 | Stranks, E.K. & Crowe, S.F., *The acute cognitive effects of zopiclone, zolpidem, zaleplon, and escopiclone: a systematic review and meta-analysis,* Journal of clinical and experimental neuropsychology (2014) | | |
| G-84 | Thatcher, RW *et al*, *EEG discriminant analyses of mild head trauma*, Electroencephalography and clinical Neurophysiology (1989) | | |
| G-85 | Thomas, D.G. Apps, J.N., Hoffman, R.G., McCrea, M. & Hammeke, T. *Benefits of strict rest after acute concussion: a randomized controlled trial*. Pediatrics (2015) | | |
| G-86 | Viano, David, *Concussion, Diffuse Axonal Injury, and AIS4+ Head Injury in Motor Vehicle Crashes*, Traffic Injury Prevention (2015) | | |
| G-87 | Weaver LK *et al Comprehensive Evaluation of Healthy Volunteers Using Multi-Modality Brain Injury Assessments: An Exploratory, Observational Study*, Frontiers in Neurology (2018) | | |
| G-88 | Wortzel *et al*, *The Potential for Medicolegal Abuse: Diffusion Tensor Imaging in Traumatic Brain Injury*, AJOB Neuroscience  (2014) | | |
| G-89 | Yaouhi, K., Bertran, F., Clochon, P., Mezenge, F., Denise, P., Foret, J.,… & Desgranges, B. *A combined neuropsychological and brain imaging study of obstructive sleep apnea*, Journal of Sleep Research (2009) | | |
| G-90 | Zakzanis, K.K. & Jeffay, E.  *Neurocognitive variability in high-functioning individuals: Implications for the practice of clinical neuropsychology*, Psychological Reports (2011) | | |

| Number | Description | Offered | Admitted |
|---|---|---|---|
| G-91 | Zane, K.L., Gfeller, J.D., Roskos, P.T., & Bucholz, R.D., The Clinical Utility of the Conners' Continuous Performance Test-II in Traumatic Brain Injury. Archives of Clinical Neuropsychology (2016) | | |

## BOOKS

| Number | Description | Offered | Admitted |
|---|---|---|---|
| G-92 | Jack Jallo & Christopher M. Loftus, *Neurotrauma and Critical Care of the Brain* | | |

## DEMONSTRATIVES

| Number | Description | Offered | Admitted |
|---|---|---|---|
| GD-93 | Bayley: Schedule A- Documents Received Regarding Jerome Schmidt | | |
| GD-94 | Bayley: Lost Earnings And Household Contributions Resulting From Injury-Table | | |
| GD-95 | Bayley: Life Expectancy- Table | | |
| GD-96 | Bayley: Work Life Expectancy- Table | | |
| GD-97 | Bayley-Accumyn Plan 1-Life Care cost analysis-Update | | |
| GD-98 | Bayley-Accumyn Plan 2-Life Care cost analysis-Update | | |
| GD-99 | Bayley-Summary Life Care Cost Analysis Using Updated Inflation Rates | | |
| GD-100 | Bayley: Other Charts, Summaries, Diagrams or Spreadsheets, Other Comparisons. | | |
| GD-101 | Burns: Life Care Plan Tables | | |
| GD-102 | Burns: Life Care Plan Totals | | |
| GD-103 | Loftus: Summary Analysis Regarding Bigler, Lewine, Thoma, Synder | | |
| GD-104 | Loftus: Summary Chart-Why Majority List of 21 Initial Peer Review Articles Referenced As Supporting Plaintiff's Position Are Insupportable | | |
| GD-105 | Loftus: Summary of selected elements of Schmidt's past history (pre-accident) | | |
| GD-106 | Watson Figure 1: Scene photos | | |

| | | | |
|---|---|---|---|
| GD-107 | Watson Figure 2: Scene Photo of Toyota | | |
| GD-108 | Watson Figure 3: Exemplar Vehicle Lineup | | |
| GD-109 | Watson Figure 4: Approximate Alignment of Vehicles | | |
| GD-110 | Watson Figure 5: Crush Profile of Chevrolet (graph) | | |
| GD-111 | Watson Figure 6: Crush Profile of Chevrolet (photo & outline) | | |
| GD-112 | Watson Figure 7: Chevrolet van from NASS case 2010-75-158 | | |
| GD-113 | Watson Figure 8: Chevrolet van from NASS case 2013-82-060 | | |
| GD-114 | Watson Figure 9: Toyota from NASS case 2007-42-007 | | |
| GD-115 | Watson Figure 10: Toyota from NASS case 2009-05-019 | | |
| GD-116 | Watson Figure 11: Toyota 4Runner in NCAP 35 mph barrier impact test | | |
| GD-117 | Watson Figure 12: IIHS 40 mph barrier test of Toyota 4Runner | | |
| GD-118 | Watson Figure 13: Concussion Risk vs Head Acceleration from Rowson 2011 | | |
| GD-119 | Watson Figure 14: Headinjury risk vs vehicle Delta-V from Viano 2015 | | |
| GD-120 | Watson: Accident history, NASS Data (Oct. 2018) | | |
| GD-121 | Watson: Exemplar Photographs & Measurements | | |
| GD-122 | Watson: NASS CDS (2004-2015) (minor/moderate injuries) | | |
| GD-123 | Watson: NASS CDS (2004-2015) (no injuries) | | |
| GD-124 | Watson: Summary of Available Test Reports | | |
| GD-125 | Watson: Vehicle Information | | |
| GD-126 | Watson: VinLink Reports | | |
| GD-127 | Bayley Trial Exhibits | | |

10

| | | | |
|---|---|---|---|
| GD-128 | Boone Trial Demonstratives | | |
| GD-129 | Burns Trial Exhibits | | |
| GD-130 | Chalela Trial Exhibits | | |
| GD-131 | Loftus Trial Demonstratives | | |
| GD-132 | Watson Trial Exhibits | | |

NEWLY PUBLISHED ARTICLES & MEDICAL AUTHORITIES

| Number | Description | Offered | Admitted |
|---|---|---|---|
| G-133 | Forte, Giuseppe; De Pascalis, Vilfredo; Fvieri, Francesca; & Casagrande, Maria, *Effect of Blood Pressure on Cognitive Performance: A Systematic Review.* Journal of Clinical Medicine. (2020) | | |

11

Respectfully submitted,

John F. Bash
United States Attorney

By: */s/ James F. Gilligan*
James F. Gilligan
Assistant United States Attorney
Texas Bar No. 07941200
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
(210) 384-7100 (phone)
(210) 384-7276 (fax)
James.gilligan@usdoj.gov

Kristina S. Baehr
Assistant United States Attorney
Texas Bar No. 24080780
903 San Jacinto, Suite 334
Austin, Texas  78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)
Kristina.baehr@usdoj.gov
Kristina S. Baehr

**Certificate of Service**

    I certify that on January 10, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒  The CM/ECF system will send notification to the following CM/ECF participant(s):

Jamal K. Alsafar (jalsaffar@nationaltriallaw.com)
Tom Jacobs (tjacobs@nationaltriallaw.com)
Henry Moore (henry@moorelegal.net)

                                          */s/ Kristina S. Baehr*
                                          Kristina S. Baehr
                                          Assistant United States Attorney