Filed 02-14-20

United States District Court
Western District of Texas
Austin Division

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

Jerome Schmidt,
   Plaintiff,

v.

United States of America
   Defendant.

No. 1:18-CV-00088-DAE

### Defendant's Demonstrative Exhibits

| | |
|---|---|
| GD-139 | Schematic Diagram of the Mechanisms of Blast-Related Traumatic Brain Injury |
| GD-140 | Replica of Human Brain |
| GD-141 | Replica of Human Skull |
| GD-142 | Neural Correlates of Interspecies Perspective Taking in the Post-Mortem Atlantic Salmon |
| GD-143 | Individual Subject Testing, Neuroimaging Biomarkers in CBI Outcome |
| GD-144 | Distribution of the Cortical Arteries |
| GD-145 | Graphic of Arteries in the Neck |
| GD-146 | Gyri Poster |
| GD-147 | Plumbing Metaphor Diagram |
| GD-148 | Center for Brains Minds + Machines; Magnetoencephalography (MEG) |
| GD-149 | Three Meter Ruler Measurements |
| GD-150 | Patent Drawing; David Cohen, Inventor |
| GD-151 | GLM Results Salmon Graphic |
| GD-152 | Center for Brains Minds + Machines, February 14, 2018 Poster |
| GD-153 | Page from Frontiers in Neuroscience with Plumbing Metaphor Diagram |

| | |
|---|---|
| GD-154 | Center For Brains Minds + Machines Nancy Kanwisher Poster |
| GD-155 | Neuroimaging Biomarkers in CBI Outcome, Page 269 |
| GD-156 | Why Outcomes Vary, Page 295 |
| GD157-GD166 | Chalela PowerPoint |