**FILED**

**FEB 27 2020**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jerome Schmidt | § § | CIVIL NO: |
| vs. | § § | AU:18-CV-00088-DAE |
| United States of America, | § § | |

# RECEIPT FOR DEFENDANT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits introduced at the trial proceedings.

These exhibits will be retained until the final disposition of the case.

### SEE THE ATTACHED LIST

_2/27/20_
DATE

_[signature]_
ATTORNEY FOR DEFENDANT

United States District Court
Western District
Exhibits Log: 1:18-cv-00088-DAE
Schmidt v. United States of America, 2/10/2020

| EXHIBIT | DESCRIPTION | RLS | SEAL | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| Gov-1 | Photographs Toyota | No | No | | |
| Gov-2 | Report Texas Peace Officer & Affidavit | No | Yes | 2/14/2020 9:52 AM | 2/14/2020 9:52 AM |
| Gov-3 | Photograph Van | No | No | | |
| Gov-4 | Photograph Aerial View of Accident Scene | No | No | | |
| Gov-5 | Photograph South Lamar | No | No | | |
| Gov-6 | Van Estimate Repair | No | No | | |
| Gov-7 | Scott Bayley CV | No | No | 2/14/2020 12:14 PM | 2/14/2020 12:14 PM |
| Gov-8 | Margot Burns CV | No | No | 2/14/2020 12:14 PM | 2/14/2020 12:14 PM |
| Gov-9 | Kyle Boone CV | No | No | 2/14/2020 12:14 PM | 2/14/2020 12:14 PM |
| Gov-10 | Julio Chalela CV | No | No | 2/14/2020 12:14 PM | 2/14/2020 12:14 PM |
| Gov-11 | Christopher Loftus CV | No | No | 2/14/2020 12:14 PM | 2/14/2020 12:14 PM |
| Gov-12 | CV Watson | No | No | 2/14/2020 12:14 PM | 2/14/2020 12:14 PM |
| Gov-13 | AAN Update Eval and Management of Concussions in Sports | No | No | | |
| Gov-14 | Article Anand Brain Mood 2005 | No | No | | |
| Gov-15 | Article Arnold Sensitivity Specificity 2005 | No | No | | |
| Gov-16 | Article Asken DTI Imaging 2018 | No | No | | |
| Gov-17 | Article Longitudinal Changes 2007 | No | No | | |
| Gov-18 | Article Beauchet Testosterone 2006 | No | No | | |
| Gov-19 | Article Belanger Sports-Relation Concussion 2005 | No | No | | |
| Gov-20 | Article Belanger Meta-Analysis 2005 | No | No | | |
| Gov-21 | Article Benbadis EEGs Epilepsy 2010 | No | No | | |
| Gov-22 | Article Benitez Poor Sleep Quality 2012 | No | No | | |
| Gov-23 | Article Bigler Significance Abnormalities 2001 | No | No | | |
| Gov-24 | Article Binder Mild Head Trauma 1997 | No | No | | |
| Gov-25 | Article Boone Depression 1995 | No | No | | |
| Gov-26 | Article Boone RAVLT Scores 2005 | No | No | | |
| Gov-27 | Article Boone White Matter Lesions 1992 | No | No | | |
| Gov-28 | Article Buckley Acute Cognitive Rest 2016 | No | No | | |
| Gov-29 | Article Bucks Obstructive Sleep Apoea 2013 | No | No | | |
| Gov-30 | Article Canessa Sleep Apnea Changes 2011 | No | No | | |
| Gov-31 | Article Carolozzi WAIS-IV 2015 | No | No | | |
| Gov-32 | Article Carroll WHO Centre Task Force 2004 | No | No | | |
| Gov-33 | Neurologists in Iraq 5 years later | No | No | | |
| Gov-34 | Article Crane Late-Life 2016 | No | No | | |
| Gov-35 | AAN Guideline Detection Dementia | No | No | | |

| | | | |
|---|---|---|---|
| Gov-36 | Article Diaz-Asper IQ Predict 2004 | No | No |
| Gov-37 | Article Difazio Prolonged Activity 2016 | No | No |
| Gov-38 | Neuropsych Outcome at 1 year Post Head Injury | No | No |
| Gov-39 | Article Dikmen Cognitive Outcome 2009 | No | No |
| Gov-40 | Article Eastley B12 Deficiency 2000 | No | No |
| Gov-41 | APA Ethical Principles | No | No |
| Gov-42 | Article Etenhofer Significance Self-reported 2009 | No | No |
| Gov-43 | Article Evans Postconcussion Syndrome UpToDate | No | No |
| Gov-44 | Article Frencham Meta Review 2005 | No | No |
| Gov-45 | Article Godbolt Systematic Review 2014 | No | No |
| Gov-46 | Article Greiffenstein Clinical Myths 2009 | No | No |
| Gov-47 | Article Gruber Opiate Use 2009 | No | No |
| Gov-48 | Canadian Guidelines Third Edition | No | No |
| Gov-49 | Article Harvey Clinical Applications 2012 | No | No |
| Gov-50 | Article Hawkins Influence of IQ 2001 | No | No |
| Gov-51 | Neuropsych Consensus Conference on Effort, Response Bias, and Malingering | No | No |
| Gov-52 | Article Katzman Incidental Findings 1999 | No | No |
| Gov-53 | Article Kim Incidental Pediatric 2002 | No | No |
| Gov-54 | Article Lange Postconcussion 2019 | No | No |
| Gov-55 | Meta-Analytic Methods and Importance of NonTBI Factors related to Outcome | No | No |
| Gov-56 | Article Larson Evaluation Dementia UpToDate | No | No |
| Gov-57 | Article Lorenzetti MRI Studies 2009 | No | No |
| Gov-58 | Article MartinPK Neuropsychologists' Validity (2015) | No | No |
| Gov-59 | Mild Traumatic Brain Injury and Postconcussion Syndrome | No | No |
| Gov-60 | Article McCrea Waiting Period 2009 | No | No |
| Gov-61 | Article Miller Solving Dilemma EEG 2013 | No | No |
| Gov-62 | Article Moor Adolescent Behaviors 2015 | No | No |
| Gov-63 | Article Morris MRI Meta-Analysis 2009 | No | No |
| Gov-64 | Article Diffusion MRI findings in patients | No | No |
| Gov-65 | Article Palmer Base Rates 1998 | No | No |
| Gov-66 | Article Panayiotou Emotional Symptoms 2010 | No | No |
| Gov-67 | Article Pertab Limitations Meta-Analyses 2009 | No | No |
| Gov-68 | Article Plassman Risk of Alzheimer's 2000 | No | No |
| Gov-69 | Article Ramalho Dementia TBI 2015 | No | No |
| Gov-70 | Article Reddy Postconcussion Syndrome 2011 | No | No |
| Gov-71 | Article Rohling Meta-analysis 2011 | No | No |
| Gov-72 | RSNA Statement on Traumatic Brain Injury | No | No |
| Gov-73 | Article Toward an Explanation of Dodrills | No | No |
| Gov-74 | Article Salerno Brain Atrophy Hypertension 1992 | No | No |
| Gov-75 | Article Scahill Longitudinal Study 2003 | No | No |
| Gov-76 | Article Schoechlin ADHD Meta-Analysis 2005 | No | No |
| Gov-77 | Article Schretlen Quantitative Review 2003 | No | No |
| Gov-78 | Article Shenton DTI Courtroom 2018 | No | No |
| Gov-79 | Article Shively Dementia 2012 | No | No |
| Gov-80 | Article Singer 50-year Survey (2001) | No | No |

| | | | |
|---|---|---|---|
| Gov-81 | Article Smith SJM EEG Other Than Epilepsy 2005 | No | No |
| Gov-82 | Article Stein Effects Medication 1998 | No | No |
| Gov-83 | Article The Acute Cognitive Effect of Zopiclone | No | No |
| Gov-84 | Article EG discriminant analyses | No | No |
| Gov-85 | Article Benefits of strict rest after acute concussion | No | No |
| Gov-86 | Concussion Diffuse Axonal Injry and Head Injury in Motor Vehicle Crashes | No | No |
| Gov-87 | Article Weaver Healthy Volunteers 2018 | No | No |
| Gov-88 | Potential for Medicolegal Abuse | No | No |
| Gov-89 | Article Yaouhi Sleep Apnea 2009 | No | No |
| Gov-90 | Article Zakzanis Variability High-Functioning 2011 | No | No |
| Gov-91 | Clinical Utility of the Conners Performance Test | No | No |
| Gov-92 | Neurotrauma and Critical Care of the Brain | No | No |
| Gov-93 | Bayley Schedule A Documents Received | No | No |
| Gov-94 | Bayley Lost Earning and Household Contributions | No | No |
| Gov-95 | Bayley Life Expectancy-Table | No | No |
| Gov-96 | Bayley Work Life Expectancy- Table | No | No |
| Gov-97 | Bayley Accumyn Plan 1 | No | No |
| Gov-98 | Bayley Accumyn Plan 2 | No | No |
| Gov-99 | Bayley-Summary Life Care Cost Updated Inflation Rates | No | No |
| Gov-101 | Burns Life Care Plan Tables | No | No |
| Gov-102 | Burns Life Care Plan Totals | No | No |
| Gov-106 | Watson Figure 1 Scene Photos | No | No |
| Gov-107 | Watson Figure 2 Scene Photo of Toyota | No | No |
| Gov-108 | Watson Figure 3 Exemplar Vehicle Lineup | No | No |
| Gov-109 | Watson Figure 4 Approx Alignment of Vehicles | No | No |
| Gov-110 | Watson Figure 5 Crush Profile of Chevrolet | No | No |
| Gov-111 | Watson Figure 6 Crush Profile | No | No |
| Gov-112 | Watson Figure 7 Chevrolet Van from NASS | No | No |
| Gov-113 | Watson Figure 8 Chevrolet Van from NASS | No | No |
| Gov-114 | Watson Figure 9 Toyota From NASS | No | No |
| Gov-115 | Watson Figure 10 Toyota from NASS | No | No |
| Gov-116 | Watson Figure 11 Toyota 4Runner in NCAP | No | No |
| Gov-117 | Watson Figure 12 IIHS 40 MPH Test | No | No |
| Gov-118 | Watson Figure 13 Concussion Risk v Head Acceleration | No | No |
| Gov-119 | Watson Figure 14 Head Injury Risk v Vehicle Delta | No | No |
| Gov-120 | Watson NASS Data | No | No |
| Gov-121 | Exemplar Photographs | No | No |
| Gov-122 | Report Search NASS CDS | No | No |
| Gov-123 | Watson NASS CDS No Injuries | No | No |
| Gov-124 | Watson Summary of Available Test Reports | No | No |
| Gov-125 | Watson Vehicle Information | No | No |
| Gov-126 | VinLink | No | No |
| Gov-133 | Effects_of_Blood_Pressure_on_Cognitive_Performance | No | No |
| Pla-Schmidt-1 | Summary Medical Records | No | Yes | 2/10/2020 10:27 AM | 2/10/2020 10:27 AM |

| | | | | | |
|---|---|---|---|---|---|
| Pla-Schmidt-2 | Summary Future Medical Chart | | No | No | 2/13/2020 3:53 PM | |
| Pla-Schmidt-3 | Summary Present Value Chart | | No | No | 2/12/2020 2:37 PM | 2/12/2020 2:37 PM |
| Pla-Schmidt-4 | Photographs | | No | No | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-5 | Jerry Schmidt CV 2017 | | No | No | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-6 | Bigler CV | | No | No | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-7 | Lewine CV | | No | No | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-8 | Thoma CV | | No | No | 2/10/2020 9:24 AM | 2/10/2020 3:08 PM |
| Pla-Schmidt-9 | Snyder CV | | No | No | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-10 | Vidouria CV | | No | No | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-11 | Swiger CV | | No | No | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-12 | Freeman CV | | No | No | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-13 | US Responses to Plaintiff's First RFA | | No | No | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-14 | PhD License - retired status | | No | No | | |
| Pla-Schmidt-15-A | 2012-2015 tax returns | | No | Yes | 2/14/2020 12:13 PM | 2/14/2020 12:13 PM |
| Pla-Schmidt-15-B | 2016 Tax Return | | No | Yes | 2/14/2020 12:13 PM | 2/14/2020 12:13 PM |
| Pla-Schmidt-15-C | 2017 Tax Return | | No | Yes | 2/14/2020 12:13 PM | 2/14/2020 12:13 PM |
| Pla-Schmidt-16 | Imaging CDs | | No | Yes | 2/10/2020 10:55 AM | 2/10/2020 10:55 AM |
| Pla-Schmidt-17 | life expectancy tables | | No | No | 2/13/2020 3:49 PM | 2/13/2020 3:49 PM |
| Pla-Schmidt-18 | CPI Medical Complete | | No | No | | |
| Pla-Schmidt-19 | CPIMEDSL | | No | No | | |
| Pla-Schmidt-20 | National Health Expenditure Projection | | No | No | | |

| | | | | |
|---|---|---|---|---|
| Pla-Schmidt-21 | How BLS Measures Price Change for Medical Care Services in the Consumer Price Index   U.S. Bureau of Labor Statistics | No | No | |
| Pla-Schmidt-22 | SSA POMS | No | No | |
| Pla-Schmidt-23 | APD wrecker impound form | No | No | |
| Pla-Schmidt-24 | Operation Warriors Path | No | No | |
| Pla-Schmidt-25 | Billing Records Seton SW 10-13-15 | No | Yes | 2/10/2020 9:24 AM |
| Pla-Schmidt-26 | Billing Records TCEP-Southwest 10-13-15 | No | Yes | 2/26/2020 10:35 AM |
| Pla-Schmidt-27 | Billing Records Brackenridge Hosp | No | Yes | |
| Pla-Schmidt-28 | Billing Records Andrea Raymond MD by aff | No | Yes | 2/26/2020 10:35 AM |
| Pla-Schmidt-29 | Billing Records Texas Ortho 10-14-15 to 6-22-17 | No | Yes | 2/26/2020 9:35 AM |
| Pla-Schmidt-30 | Billing Records Texas Orthopedics by aff | No | Yes | 2/26/2020 9:35 AM |
| Pla-Schmidt-31 | Billing Records Texas Ortho Surgery Center by aff | No | Yes | 2/26/2020 9:35 AM |
| Pla-Schmidt-32 | Billing Records Austin Center for Therapy and Assessment | No | Yes | 2/26/2020 10:35 AM |
| Pla-Schmidt-33 | Billing Records ARA by aff | No | Yes | 2/26/2020 9:35 AM |
| Pla-Schmidt-34 | Billing Records NeuroTexas by aff | No | Yes | 2/26/2020 10:35 AM |
| Pla-Schmidt-35 | Billing Records Baylor S&W Med Ctr - Lakeway by aff | No | Yes | 2/26/2020 10:35 AM |
| Pla-Schmidt-36 | Billing Records Rosalie Hudson MD 8-5-16 | No | Yes | |
| Pla-Schmidt-37 | Billing Records Hospitalists Concepts by aff | No | Yes | 2/26/2020 10:35 AM |
| Pla-Schmidt-38 | Billing Records Charles Mallett MD by aff | No | Yes | |
| Pla-Schmidt-39 | Billing Records Encompass Home Health by aff | No | Yes | 2/26/2020 10:35 AM |
| Pla-Schmidt-40 | Billing Records US Anesthesia | No | Yes | |

| | | | | | |
|---|---|---|---|---|---|
| Pla-Schmidt-41 | DD 214 | | | No | No |
| Pla-Schmidt-42 | Learned treatise Hanley2017 | | | No | No |
| Pla-Schmidt-43 | Learned treatise Mayer2010 | | | No | No |
| Pla-Schmidt-44 | Learned treatise Schretlen2003 | | | No | No |
| Pla-Schmidt-45 | Learned treatise Lewine2002 | | | No | No |
| Pla-Schmidt-46 | Learned treatise Sherer2015 | | | No | No |
| Pla-Schmidt-47 | Learned treatise Kay1993 | | | No | No |
| Pla-Schmidt-48 | Learned treatise Huang2012 | | | No | No |
| Pla-Schmidt-49 | Learned treatise Thatcher2001 | | | No | No |
| Pla-Schmidt-50 | Learned treatise Barnes2018 | | | No | No |
| Pla-Schmidt-51 | Learned treatise Oleksiak2012 | | | No | No |
| Pla-Schmidt-52 | Learned treatise Johnson2012 | | | No | No |
| Pla-Schmidt-53 | Learned treatise Ponsford2013 | | | No | No |
| Pla-Schmidt-54 | Learned treatise Sayed2013 | | | No | No |
| Pla-Schmidt-55 | CMS Prescription Drug Costs Will Rise 6.3% a Year for a Decade magazine | Managed Care | | No | No |
| Pla-Schmidt-56 | Learned treatise Pratapchand1988 | | | No | No |
| Pla-Schmidt-57 | Learned treatise Himanen2005 | | | No | No |
| Pla-Schmidt-58 | Learned treatise Vandernaalt1999 | | | No | No |
| Pla-Schmidt-59 | Consumer Price Index for All Urban Consumers Fed | Medical Care | FRED St. Louis | No | No |
| Pla-Schmidt-60 | CPIMEDSL | | | No | No |
| Pla-Schmidt-61 | CPI Medical Complete | | | No | No |

| | | | |
|---|---|---|---|
| Pla-Schmidt-62 | withdrawn | No | No |
| Pla-Schmidt-63 | 3990-3999 rees2003 | No | No |
| Pla-Schmidt-64 | Learned treatise Fernandez2003 | No | No |
| Pla-Schmidt-65 | Learned treatise Ding2011 | No | No |
| Pla-Schmidt-66 | Learned treatise Wallace2018 | No | No |
| Pla-Schmidt-67 | Learned treatise Nathan2006 | No | No |
| Pla-Schmidt-68 | Learned treatise Rimel1981 | No | No |
| Pla-Schmidt-69 | Learned treatise Lovell1999 | No | No |
| Pla-Schmidt-70 | Learned treatise Thatcher1989 | No | No |
| Pla-Schmidt-71 | Learned treatise Dow1944 | No | No |
| Pla-Schmidt-72 | Learned treatise Lew2004 | No | No |
| Pla-Schmidt-73 | Learned treatise Gaetz2000 | No | No |
| Pla-Schmidt-74 | Learned treatise Ponsford 2012 | No | No |
| Pla-Schmidt-75 | Learned treatise Orlovska 2014 | No | No |
| Pla-Schmidt-76 | CDC_Facts_for_Physicians_booklet | No | No |
| Pla-Schmidt-77 | Learned treatise Girgis2016 | No | No |
| Pla-Schmidt-78 | Learned treatise Arciniegas2000 | No | No |
| Pla-Schmidt-79 | Learned treatise Lee 2013 | No | No |
| Pla-Schmidt-80 | Learned treatise Huang2009 | No | No |
| Pla-Schmidt-81 | Learned treatise Whitwell | No | No |
| Pla-Schmidt-82 | Learned treatise Fann 2018 | No | No |

| | | | |
|---|---|---|---|
| Pla-Schmidt-83 | Learned treatise ascual-Marqui1994 | No | No |
| Pla-Schmidt-84 | Learned treatise Gallen1997 | No | No |
| Pla-Schmidt-85 | Learned treatise Lee2014 | No | No |
| Pla-Schmidt-86 | Learned treatise Robb-Swan2015 | No | No |
| Pla-Schmidt-87 | Learned treatise Jorge 2004 | No | No |
| Pla-Schmidt-88 | Learned treatise Ross2013 | No | No |
| Pla-Schmidt-89 | Learned treatise Vanderploeg 2009 | No | No |
| Pla-Schmidt-90 | Learned treatise Mantua 2017 | No | No |
| Pla-Schmidt-91 | Learned treatise Kushner 1998 | No | No |
| Pla-Schmidt-92 | Learned treatise Heitger 2006 | No | No |
| Pla-Schmidt-93 | Learned treatise Pogoda 2012 | No | No |
| Pla-Schmidt-94 | withdrawn | No | No |
| Pla-Schmidt-95 | Learned treatise Lewine 1999 | No | No |
| Pla-Schmidt-96 | Learned treatise Bigler1995 | No | No |
| Pla-Schmidt-97 | Learned treatise Lewine 2007 | No | No |
| Pla-Schmidt-98 | Learned treatise Makley 2008 | No | No |
| Pla-Schmidt-99 | Learned treatise Almeida | No | No |
| Pla-Schmidt-100 | Learned treatise Chan2001 | No | No |
| Pla-Schmidt-101 | Learned treatise Ruff2009 | No | No |
| Pla-Schmidt-102 | Learned treatise Nelson2019 | No | No |
| Pla-Schmidt-103 | Learned treatise Maguen 2012 | No | No |

| | | | |
|---|---|---|---|
| Pla-Schmidt-104 | Learned treatise Tarapore 2013 | No | No |
| Pla-Schmidt-105 | Learned treatise Lobue2016 | No | No |
| Pla-Schmidt-106 | Learned treatise Sidaros 2009 | No | No |
| Pla-Schmidt-107 | Learned treatise Huang2014 | No | No |
| Pla-Schmidt-108 | Learned treatise Verma 2007 | No | No |
| Pla-Schmidt-109 | Learned treatise Wickwire 2017 | No | No |
| Pla-Schmidt-110 | withdrawn | No | No |
| Pla-Schmidt-111 | Learned treatise Iwaski2001 | No | No |
| Pla-Schmidt-112 | Learned treatise Fehr2001 | No | No |
| Pla-Schmidt-113 | Learned treatise Vieth1996 | No | No |
| Pla-Schmidt-114 | Learned treatise Parks2015 | No | No |
| Pla-Schmidt-115 | Learned treatise Gilbert2014 | No | No |
| Pla-Schmidt-116 | Learned treatise Corrigan 2010 | No | No |
| Pla-Schmidt-117 | Learned treatise De Jongh2003 | No | No |
| Pla-Schmidt-118 | Learned treatise Broglio2009 | No | No |
| Pla-Schmidt-119 | Learned treatise Bryant 2010 | No | No |
| Pla-Schmidt-120 | Learned treatise Nandrajog2018 | No | No |
| Pla-Schmidt-121 | withdrawn | No | No |
| Pla-Schmidt-122 | Learned treatise Hoofein-Vakii2001 | No | No |
| Pla-Schmidt-123 | Learned treatise Barnes2014 | No | No |
| Pla-Schmidt-124 | Learned treatise Nordstrom2014 | No | No |

| | | | | | |
|---|---|---|---|---|---|
| Pla-Schmidt-125 | Learned treatise Nichols2014 | | No | No | |
| Pla-Schmidt-126 | Learned treatise Jawaid 2009 | | No | No | |
| Pla-Schmidt-127 | Learned treatise Ruff2005 | | No | No | |
| Pla-Schmidt-128 | US healthcare spending to climb 5.3 percent in 2018- agency   Reuters | | No | No | |
| Pla-Schmidt-129 | withdrawn | | No | No | |
| Pla-Schmidt-130 | VA-DoD CLINICAL PRACTICE GUIDELINE FOR THE MANAGEMENT OF CONCUSSION-MILD TRAUMATIC BRAIN INJURY | | No | No | |
| Pla-Schmidt-131 | Learned treatise Warner2010 | | No | No | |
| Pla-Schmidt-148 | Medical records Seton SW | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-149 | Medical records UMC at Brackenridge | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-150 | Medical records NeuroAustin by aff | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-151 | Medical records Texas Ortho | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-151-A | Medical records Texas Ortho 1-1-16 to 3-29-17 | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-151-B | Medical records Texas Orthopedics 10-14-15 to 2-24-16 | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-151-C | Medical records Texas Orthopedics | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-151-D | Medical records Texas Orthopedics | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-151-E | Medical records Texas Orthopedics | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-151-F | Medical records Texas Orthopedics | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-152 | Medical records Texas Ortho Surgery Center by aff | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-153-A | Medical records Austin Center for Therapy and Assessment recs by aff | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-153-B | Medical records Austin Center for Therapy and Assessment | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-153-C | Medical records Austin Center for Therapy and Assessment | | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |

| | | | | | |
|---|---|---|---|---|---|
| Pla-Schmidt-154 | Medical records ARA by aff | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-155 | Medical records NeuroTexas by aff | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-156 | Medical records Baylor S&W Med Ctr - Lakeway by aff | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-157-A | Medical records Charles Mallett MD by aff | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-157-B | Medical records Charles Mallett MD | No | Yes | 2/10/2020 9:24 AM | 2/10/2020 9:24 AM |
| Pla-Schmidt-158 | Medical records Encompass Home Health by aff | No | Yes | 2/10/2020 9:25 AM | 2/10/2020 9:25 AM |
| Pla-Schmidt-159 | Medical records David Pampe MD | No | Yes | 2/10/2020 9:25 AM | 2/10/2020 9:25 AM |
| Pla-Schmidt-160 | VA medical records | No | Yes | 2/10/2020 9:25 AM | 2/10/2020 9:25 AM |
| Pla-Schmidt-161 | ARA imaging | No | Yes | 2/10/2020 9:25 AM | 2/10/2020 9:25 AM |
| Pla-Schmidt-162 | NeuroAustin imaging | No | Yes | 2/10/2020 9:25 AM | 2/10/2020 9:25 AM |