# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| **JEROME SCHMIDT** | **NO. 1:18-CV-88-DAE** |
| Plaintiff | |
| vs. | |
| **UNITED STATES OF AMERICA**, | |
| Defendant | |

# PLAINTIFF'S MOTION TO ENTER CERTAIN BILLING RECORDS

Per the Court's instructions, Plaintiff offers the following pared down list of billing records into evidence. Plaintiff offers the following billing records into evidence. Plaintiff notes that the evidentiary basis for admission is not the sole evidentiary basis but is "sufficient evidence to support a finding" for the admission and reliance of the evidence. *See* Fed. R. Evid. 104(b).

| Billing Exhibit | Evidentiary Basis | Rationale |
|---|---|---|
| P25 — Seton ER | Deposition on Written Questions. P25 at 3–6. | These records are for Dr. Schmidt's treatment at the emergency room following the wreck (Oct 13, 2015). |
| P28 — Dr. Raymond, Neurology | Section 18.001 Affidavit. P28 at 1. Deposition on Written Questions. P28 at 8–11. | Dr. Schmidt was treated by neurology for post-concussive syndrome. |
| P32 — Austin Center for Therapy & Assessment | Deposition on Written Questions. P32 at 5–8; *see also* Daily Tr. at 448:15–25 (Dr. Bigler testified that the therapy and testing was necessary to address cognitive problems caused by the wreck); Tr. at 171:7–14 (Dr. Thoma); Tr. at 141:20–25 (Dr. Dees). | Multiple witnesses testified that Dr. Schmidt's brain injury caused the need for the therapy sessions. |
| P33 — Imaging | Section 18.001 Affidavit. P33 at 1; Deposition on Written Questions. P33 at 7–10. | From this record, Plaintiff intends to ask the Court in his amended findings for only the imaging related to the brain:<br>• P33 at 12 (10/13/15 CT of Brain)<br>• P33 at 13 (10/22/15 MRI of Brain) |

Respectfully Submitted,

/s/ Tom Jacob
JAMAL K. ALSAFFAR
jalsaffar@nationaltriallaw.com
Texas State Bar #24027193
TOM JACOB
tjacob@nationaltriallaw.com
Texas State Bar #24069981
Whitehurst, Harkness, Brees, Cheng,
Alsaffar, Higginbotham, & Jacob PLLC
7500 Rialto Blvd, Bldg Two, Ste 250
Austin, TX 78735
(512) 476-4346 (o)
(512) 467-4400 (f)

HENRY MOORE
henry@moorelegal.net
Texas State Bar #14341500
Law Offices of Henry Moore
1101 E. 11th St.
Austin, Texas 78702-1908
(512) 477-1663 (o)
(512) 476-6212 (f)

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

By my signature above, I certify that a copy of Plaintiff's Motion to Enter Certain Billing Records has been sent to the following on March 5, 2020 via the Court's CM/ECF notice system.

JAMES F. GILLIGAN
JAMES E. DINGIVAN
KRISTINA S. BAEHR
Assistant United States Attorneys
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5597
Tel. (210) 384-7345
Fax (210) 384-7312
jim.gilligan@usdoj.gov
kristina.baehr@usdoj.gov
james.dingivan@usdoj.gov