```
 1            IN THE UNITED STATES DISTRICT FOR
                THE WESTERN DISTRICT OF TEXAS
 2                    AUSTIN DIVISION
    ------------------------------x
 3   JEROME SCHMIDT,             :No. 1:18-cv-00088-LY
            Plaintiff(s),        :
 4                               :
            v.                   :
 5                               :
     UNITED STATES OF            :
 6   AMERICA,                    :
            Defendant(s).        :
 7   ------------------------------x
 8
                  Friday, September 28, 2018
 9
10         Videotape deposition of CHRISTOPHER M.
11   LOFTUS, MD, held at the offices of VERITEXT
12   LEGAL SOLUTIONS, 1801 Market Street, Suite
13   1800, Philadelphia, Pennsylvania 19103,
14   beginning at 1:44 p.m., on the above date,
15   before Victoria A. Bramnick, a Professional
16   Court Reporter and Notary Public in and for
17   the Commonwealth of Pennsylvania.
18
19
20
21
22
23
24
                                              Page 1
```

```
 1    this.
 2              Dr. Lewine says that when he
 3    looked at the imaging between 2015 and 2018,
 4    he saw approximately 22 percent loss of brain
 5    volume.
 6              Did you agree with that?
 7        A.    Well, I mean, you know, there's
 8    no dispute here, sir, that I think there's
 9    something bad going on in this gentleman's
10    brain.  The only question is, you know, why is
11    it happening.
12              So, I could say, yeah, I agree
13    with these things you're telling me, sure.  I
14    mean, his brain is disappearing for some
15    reasons.
16        Q.    Okay.  And that's over a
17    two-year period, right?
18        A.    Two or three, right, 2015-2018.
19        Q.    Have you had patients with
20    Alzheimer's dementia in your practice?
21        A.    I have.
22        Q.    Did they, in your experience,
23    experience such a dramatic loss of brain
24    volume in the same time periods?
```

Page 142

```
 1    but as far as I'm concerned, that's where he
 2    was beginning to show the signs when he went
 3    to Dr. Mallett and had that MRI and said, my
 4    memory's not right.  Now, to me, that's --
 5    that's the beginning --
 6            Q.     Well --
 7            A.     -- potentially of this whole
 8    disease process that he has.  I can't -- I
 9    can't not take that into consideration.
10            Q.     Sure.
11                   Doctor, you're not diagnosing
12    Dr. Schmidt with dementia, are you?
13            A.     Well, I've read his deposition.
14    I think he's pretty demented.
15            Q.     Is that a clinical diagnosis
16    you're providing Dr. -- for Dr. Schmidt?
17            A.     No, I'm not qualified to do
18    that.
19            Q.     Okay.  Would you, at the very
20    least --
21            A.     Okay.  Let's leave it this way.
22                   I think, in concert with what
23    other experts in this case have said, and his
24    treating physicians, this gentleman has major
```

Page 162

```
1            C E R T I F I C A T E
2
3
             I do hereby certify that I am a Notary
4      Public in good standing, that the aforesaid
       testimony was taken before me, pursuant to
5      notice, at the time and place indicated; that
       said deponent was by me duly sworn to tell the
6      truth, the whole truth, and nothing but the
       truth; that the testimony of said deponent was
7      correctly recorded in machine shorthand by me
       and thereafter transcribed under my
8      supervision with computer-aided transcription;
       that the deposition is a true and correct
9      record of the testimony given by the witness;
       and that I am neither of counsel nor kin to
10     any party in said action, nor interested in
       the outcome thereof.
11
             WITNESS my hand and official seal this
12     4th day of October, 2018.
13
14
15
                       [signature: Victoria A. Bramnick]
16                     Victoria A. Bramnick
                       Notary Public
17                     VERITEXT LEGAL SOLUTIONS
                       300 Throckmorton Street, Suite 1600
18                     Fort Worth, Texas 76102
                       Phone: 1-800-336-4000
19
20
21
22
23
24
                                                Page 237
```