UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jerome Schmidt, | § § | |
| Plaintiff, | § | NO:  AU:18-CV-00088-DAE |
| vs. | § § | |
| United States of America, | § § § | |
| Defendant. | § | |

## ORDER SETTING STATUS CONFERENCE
## VIA VIDEO CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a STATUS CONFERENCE VIA VIDEO CONFERENCE before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Monday, May 11, 2020 at 01:30 PM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas May 08, 2020.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE