UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jerome Schmidt, | § § | |
| Plaintiff, | § | NO: AU:18-CV-00088-DAE |
| vs. | § § | |
| United States of America, | § § | |
| Defendant. | § § | |

## ORDER SETTING CONTINUED BENCH TRIAL

It is hereby ORDERED that the above entitled and numbered case is set to continue the BENCH TRIAL before Senior U.S. District Judge David A. Ezra in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, July 21, 2020 at 09:00 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas June 03, 2020.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE