UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jerome Schmidt, | § § | |
| Plaintiff, | § | NO: AU:18-CV-00088-DAE |
| vs. | § § | |
| United States of America, | § § | |
| Defendant. | § § | |

## ORDER RESETTING BENCH TRIAL CONTINUED VIA VIDEO CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is reset to continue the BENCH TRIAL before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, July 21, 2020 at 09:00 AM**. The Court will send video conference instructions to the parties via email prior to the hearing.

IT IS SO ORDERED.

DATED: San Antonio, Texas July 01, 2020.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE