# EXHIBIT 1: ITEMIZED OBJECTIONS

| Page No. | Provider | Regarding | Total Amount charged | Total of Objections | rough drafts; electronic files; admin fees; searchable OCRs | video unnecessary | parking | duplicative or unnecessary copies | postage and shipping | notary | admin & online fees | custodian fee | affidavit / DWQ | demon-stratives | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rainmaker | Copies and Binders. | $ 2,985.02 | $ - | | | | | | | | | | | |
| 2 | NeuroAustin Neuro Assoc. | Medical Records | $ 25.00 | $ - | | | | | | | | | | | |
| 3 | Texas Orthopedics | Medical and billing records | $ 256.50 | $ - | | | | | | | | | | | |
| 4 | CommonCents Business Solutions | Lakeway Records (medical?) | $ 433.92 | $ 33.10 | | | | | $ 32.10 | | | | $ 1.00 | | |
| 5 | CommonCents Business Solutions | Lakeway Records (Billing?) | $ 48.09 | $ 2.35 | | | | | $ 1.35 | | | | $ 1.00 | | |
| 6 | Bactes | ARA - Medical records | $ 32.89 | $ 7.00 | | | | | | $ 6.00 | | | $ 1.00 | | |
| 7 | Bactes | ARA - Billing records | $ 42.68 | $ 17.00 | | | | | | $ 6.00 | | | $ 11.00 | | |
| 8 | ChartSwap | Third Coast Emergency Phys. - Southwest | $ 35.00 | $ - | | | | | | | | | | | |
| 9 | Bactes | Charles Mallett - Medical | $ 144.15 | $ 6.65 | | | | | $ 6.65 | | | | | | |
| 10 | Bactes | Charles Mallett - Billing | $ 25.46 | $ 0.46 | | | | | $ 0.46 | | | | | | |
| 11 | Encompass home health | Medical records | $ 25.00 | $ - | | | | | | | | | | | |
| 12 | Texas Orthopedics Surgery | Medical and Billing Records | $ 141.50 | $ 42.00 | | | | | | $ 12.00 | | | $ 30.00 | | |
| 13 | Healthmark Group, LLC | Records - USAP - CBO? Unidentified? | $ 46.94 | $ 21.94 | | | | | $ 0.94 | $ 6.00 | | | $ 15.00 | | |
| 14 | MediMobile | Billing Records | $ 40.00 | $ 15.00 | | | | | | | | | $ 15.00 | | |
| 15 | Legal Connection Inc. | Seton Southwest Hospital - Medical | $ 223.61 | $ 204.26 | | | | | | | $ 112.90 | $ 91.36 | | | |
| 16 | Legal Connection Inc. | US Anesthesia Partners - Billing | $ 161.65 | $ 158.95 | | | | | | | $ 101.80 | $ 57.15 | | | |
| 17 | Legal Connection Inc. | TX Orthopedics - Medical and Billing | $ 264.49 | $ 216.74 | | | | | | | $ 130.00 | $ 86.74 | | | |
| 18 | Legal Connection Inc. | Third Coast Emergency Physicians - Billing | $ 110.00 | $ 110.00 | | | | | | | $ 110.00 | | | | No records obtained or produced |
| 19 | Legal Connection Inc. | University Med Center - Brackenridge Hospital - Billing | $ 143.00 | $ 136.70 | | | | | | | $ 56.70 | | $ 80.00 | | |
| 20 | Legal Connection Inc. | Charles Mallett - Billing | $ 170.25 | $ 162.60 | | | | | | | $ 57.60 | $ 25.00 | $ 80.00 | | |

| | A | B | C | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 21 | Legal Connection Inc. | Austin Center for Therapy & Assessment - Med & Billing | $ 243.70 | $ 166.50 | | | | | | | $ 160.00 | $ 6.50 | | | |
| 24 | 22 | Legal Connection Inc. | Encompass home health - billing | $ 143.75 | $ 137.00 | | | | | | | $ 57.00 | | $ 80.00 | | |
| 25 | 23 | Legal Connection Inc. | Dell Setin Med Center at UT - billing | $ 117.00 | $ 117.00 | | | | | | | $ 65.00 | $ 12.00 | $ 40.00 | | No records obtained or produced |
| 26 | 24 | Legal Connection Inc. | TX Orthopedics - Med and Billing | $ 260.42 | $ 228.47 | | | | | | | $ 73.80 | $ 74.67 | $ 80.00 | | |
| 27 | 25 | Legal Connection Inc. | University Med Center - Brackenridge Hospital - Medical | $ 141.75 | $ 120.60 | | | | | | | $ 114.10 | $ 6.50 | | | |
| 28 | 26 | Legal Connection Inc. | Hospital Concepts Counsultants - billing | $ 182.25 | $ 175.90 | | | | | | | $ 55.90 | $ 40.00 | $ 80.00 | | |
| 29 | 27 | Legal Connection Inc. | ARA Diagnostic - Billing | $ 217.61 | $ 209.86 | | | | | | | $ 57.50 | $ 72.36 | $ 80.00 | | |
| 30 | 28 | Legal Connection Inc. | Seton Southwest Hospital - Billing | $ 143.00 | $ 136.70 | | | | | | | $ 56.70 | | $ 80.00 | | |
| 31 | 29 | Legal Connection Inc. | University Med Center - Brackenridge Hospital - Billing | $ 104.50 | $ 101.80 | | | | | | | $ 101.80 | | | | |
| 32 | 30 | Legal Connection Inc. | Baylor Scott & White - NueroTexas LLC - Billing | $ 189.15 | $ 181.50 | | | | | | | $ 57.60 | $ 43.90 | $ 80.00 | | |
| 33 | 31 | Legal Connection Inc. | US Anesthesia Partner - Billing | $ 214.61 | $ 208.26 | | | | | | | $ 55.90 | $ 72.36 | $ 80.00 | | |
| 34 | 32 | Legal Connection Inc. | Austin Center for Therapy & Assessment - Billing | $ 146.75 | $ 138.20 | | | | | | | $ 58.20 | | $ 80.00 | | |
| 35 | 33 | Legal Connection Inc. | NeuroAustin Neurology Associates - Billing | $ 154.25 | $ 141.20 | | | | | | | $ 61.20 | | $ 80.00 | | |
| 36 | 34 | Legal Connection Inc. | Third Coast Emergency Physicians - Billing | $ 203.66 | $ 197.36 | | | | | | | $ 56.70 | $ 60.66 | $ 80.00 | | |
| 37 | 35 | MediVisuals | Exhibit 1 - Mechanism of Injury | $ 2,305.78 | $ 2,305.78 | | | | | | | | | | $ 2,305.78 | |
| 38 | 36 | the Exhibit Company | Demonstrative (timelines) | $ 1,863.75 | $ 1,863.75 | | | | | | | | | | $ 1,863.75 | |
| 39 | 37 | Wright Watson | Oral Deposition of Edward R. Saylor | $ 824.00 | $ 40.00 | | | $ 25.00 | | $ 15.00 | | | | | | |
| 40 | 38 | Stratos Legal Services | Oral depo transcript of Jerome Schmidt | $ 426.45 | $ - | | | | | | | | | | | |
| 41 | 39 | Stratos Legal Services | Video depo of Jerome Schmidt | $ 258.75 | $ 258.75 | | $ 258.75 | | | | | | | | | |

| | A | B | C | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 40 | Res Ipsa | Video depo of Edward R. Saylor | $ 409.49 | | | $ 409.49 | | | | | | | | | |
| 43 | 41 | Kusar | Oral depo of Kyle Boone | $ 3,951.55 | $ 3,951.55 | $ 3,951.55 | | | | | | | | | | Unreasonable sum; no itemized bill |
| 44 | 42 | Bean & Associates | Oral depo transcript of Dr. Jeffrey Lewine | $ 453.80 | $ - | | | | | | | | | | | |
| 45 | 43 | Bean & Associates | Oral depo transcript of Dr. Robert Thoma | $ 258.67 | $ - | | | | | | | | | | | |
| 46 | 44 | Veritext | Oral depo transcript of Christopher Loftus | $ 3,162.86 | $ 64.00 | | | | | $ 64.00 | | | | | | |
| 47 | 45 | Lexitas | Oral depo transcript of James Schmidt | $ 304.90 | $ - | | | | | | | | | | | |
| 48 | 46 | Wright Watson | Original Depo of Richard Watson | $ 1,962.95 | $ 1,962.95 | | | | | | | | | | | |
| 49 | 47 | Res Ipsa | Video Depo of Richard Watson | $ 719.80 | $ 719.80 | | $ 719.80 | | | | | | | | | |
| 50 | 48 | Res Ipsa | Video Depo of Christopher Loftus | $ 812.34 | $ 812.34 | | $ 812.34 | | | | | | | | | |
| 51 | 49 | Res Ipsa | Video Depo of Dr. Kyle Boone | $ 906.40 | $ 906.40 | | $ 906.40 | | | | | | | | | |
| 52 | 50 | National Court Reporters | Video and Depo transcript of Dr. Erin Bigler | $ 1,510.73 | $ 59.50 | | | | | $ 59.50 | | | | | | |
| 53 | 51 | Hunter & Geist, Inc | Video and Depo transcript of Margot Burns | $ 2,349.42 | $ 560.00 | $ 455.00 | | | $ 105.00 | | | | | | | |
| 54 | 52 | All American Court Reporters | Depo Transcript of Travis Snyder | $ 473.75 | $ - | | | | | | | | | | | |
| 55 | 53 | A. william Roberts, Jr. & Assoc. | Depo transcript of Dr. Julio Chalela | $ 1,179.05 | $ 155.15 | $ 137.50 | | | | $ 17.65 | | | | | | |
| 56 | 54 | Federal Court Reports | Depo transcript of Christine Vidouria | $ 296.80 | $ - | | | | | | | | | | | |
| 57 | 55 | Naegeli | Video Depo of Dr. Michael Freeman | $ 400.00 | $ 400.00 | | $ 400.00 | | | | | | | | | |
| 58 | 56 | Naegeli | Depo transcript of Dr. Michael Freeman | $ 609.70 | $ - | | | | | | | | | | | |
| 59 | 57 | Res Ipsa | Video Depo of Dr. Julio Chalela | $ 786.04 | $ 786.04 | | $ 786.04 | | | | | | | | | |
| 60 | 58 | Lexitas | Video Depo of Jim Schmidt | $ 515.00 | $ - | | | | | | | | | | | |
| 61 | 59 | TXWD | Daily Transcript | $ 1,080.00 | $ - | | | | | | | | | | | |
| 62 | 60 | TXWD | Daily Transcript | $ 272.40 | $ - | | | | | | | | | | | |
| 63 | 61 | TXWD | Daily Transcript | $ 423.50 | $ - | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | | |
| 65 | | | Total | $ 36,335.43 | $ 18,241.11 | $ 4,544.05 | $ 4,292.82 | $ 130.00 | $ - | $ 197.65 | $ 30.00 | $ 1,600.40 | $ 649.20 | $ 1,074.00 | $ 4,169.53 | |
| 66 | | | | | | | | | | | | | | | | |
| 67 | | | Total remain balance after objections | $ 18,094.32 | | | | | | | | | | | | |