UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEROME SCHMIDT, | § | 1:18-CV-88-DAE |
| Plaintiff, | § § § | |
| vs. | § § | |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § § § | |

## ORDER REFERRING MATTER TO MAGISTRATE JUDGE

The matter before the Court is Defendant's Objection to Plaintiff's Bill of Costs filed on September 11, 2020. (Dkts. ## 126–27.) In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED that the dispute concerning Plaintiff's Bill of Costs is REFERRED to United States Magistrate Judge Mark Lane.

**IT IS SO ORDERED.**

DATED: Austin, Texas, September 28, 2020.

_____
David Alan Ezra
Senior United States District Judge